IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:06-CV-2030-T-24MSS

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

SCOTT HIROTA, JOHANNA HIROTA,
RAUL QUINTANA, ELOISA QUINTANA,
GEORGE GALANDOUDES, BARRY RUTSTEIN,
SOHAN SAHOTA, ROBERT SMITH,
EQUITABLE TITLE OF FLORIDA, INC.,
LANDAMERICA FIANCIAL GROUP, INC., d/b/a
LANDAMERICA-GULFATLANTIC TITLE,
INTERLACHEN RESIDENTIAL MORTGAGE COMPANY, LLC,
FRED N. PASSARELLI,
PASSARELLI & POTTS APPRAISAL SERVICE, INC.,
LAWYERS TITLE INSURANCE CORPORATION,
and nominal defendants UNKNOWN TENANTS 1-135,
SUNSET BAY CLUB MEMBERS ASSOCATION, INC.,

    Defendants.

_____/

**APPENDIX TO DEFENDANT, EQUITABLE TITLE OF FLORIDA, INC.'S, MOTION TO STRIKE PLAINTIFF'S EXPERT REPORTS AND TO PRECLUDE TESTIMONY AT TRIAL AND INCORPORATED MEMORANDUM OF LAW**

/s/Howard S. Marks
**Howard S. Marks, Esquire**
Florida Bar Number: 0750085
Hmarks@GrahamBuilder.com
GRAHAM, BUILDER, JONES,
   PRATT & MARKS, LLP
Post Office Drawer 1690
Winter Park, Florida 32790
Telephone:  (407) 647-4455
Facsimile:  (407) 740-7063
*Attorneys for Defendant,
Equitable Title of Florida,
Inc.*

| **Index to Appendix** | |
|---|---|
| **DOCUMENT** | **TAB** |
| Plaintiff's counsel's email dated September 17, 2007, regarding Bulk Supplementation | Bulk Supplement |
| Certificate of Non-Attendance regarding August 30, 2007, deposition duly noticed for Randall Rex | CNA |
| Two (2) page letter from Theodore R. Dixon | Dixon-1 |
| Theodore Dixon's seven (7) page letter dated May 4, 2007 | Dixon-2 |
| Theodore Dixon's Rebuttal Disclosure, consisting of three (3) pages | Dixon-3 |
| Five (5) page letter from Bradford L. Johnson | Johnson-1 |
| Bradford L. Johnson's two (2) page letter of an appraisal consisting of over two hundred (200) pages dated May 4, 2007 | Johnson-2 |
| Bradford L. Johnson's Rebuttal Disclosure, consisting of a twelve (12) page appraisal | Johnson-3 |
| September 7, 2007, Supplement for Bradford L. Johnson consisting of a list matters in which Mr. Johnson provided Expert Testimony; and a publication published in the Tampa Bay Business Journal on February 16, 2007, written by Brad L. Johnson | Johnson-4 |
| September 20, 2007, email from Justin Hekkanen along with an attachment of Bradford L. Johnson, MAI regarding corrective expert information | Johnson-4A |
| September 13, 2007, Supplement. (received on September 19, 2007) | Johnson-5 |

2

Client Profiles Doc#315 (6531-10)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st of September, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system Electronic Mail to the following: **William P. Heller, Esquire** (William.Heller@Akerman.com); **Blair C. Hedges, Esquire** (Blair.Hedges@Akerman.com), Akerman Senterfitt, Las Olas Centre II, 350 East Las Olas Blvd., #1600, Fort Lauderdale, FL 33301; **Bruce B. Blackwell, Esquire** (bblackwell@kbdlaw.com), King, Blackwell, Downs & Zehnder, P.A., 25 E. Pine Street, Orlando, FL 32801; **J. Jeffrey Deery, Esquire** (jdeery@whww.com), **Michael C. Caborn, Esquire** (mcaborn@whww.com), Winderweedle, Haines, Ward & Woodman, P.A., 390 N. Orange Avenue, Suite 1500, Orlando, FL 32801; **Scott D. Clay, Esquire** (sclay@claylawgroup.com), 201 E. Kennedy Blvd., Suite 1460, Tampa, FL 33602; **Joseph Cianfrone, Esquire** (attorneyjoe@aol.com), 1964 Bayshore Blvd., Dunedin, FL 34699; **Eric Anthony Lanigan, Esquire** ecf.lanigan@yahoo.com), Law Offices of Eric A. Lanigan, 222 S. Pennsylvania Avenue, #101, Winter Park, FL 32789.

/s/Howard S. Marks
**Howard S. Marks, Esquire**
Florida Bar Number: 0750085
Hmarks@GrahamBuilder.com
GRAHAM, BUILDER, JONES,
    PRATT & MARKS, LLP
Post Office Drawer 1690
Winter Park, Florida 32790
Telephone: (407) 647-4455
Facsimile: (407) 740-7063
*Attorneys for Defendant, Equitable Title of Florida, Inc.*

3

Client Profiles Doc#315 (6531-10)