# Bulk Supplement

## Jessica Hew

| | |
|---|---|
| **From:** | Hekkanen, Justin [justin.hekkanen@akerman.com] |
| **Sent:** | Monday, September 17, 2007 11:42 PM |
| **To:** | Jessica Hew; Howard S. Marks |
| **Cc:** | Eric Lanigan; Jeff Deery; Michael Caborn; bblackwell@kbdzlaw.com; sclay@claylawgroup.com; Heller, William; Hedges, Blair; Hekkanen, Justin |
| **Subject:** | 006531-00010 Equitable Title Agency, Inc. adv. Lehman Brothers: Lehman- Supplemental Expert Production |
| **CaseSK:** | 19418 |
| **DatabaseName:** | CPSQL |
| **IsAssociated:** | -1 |
| **MailNickName:** | jhew |
| **Matter:** | 006531-00010 |
| **MessageGUID:** | 2727b82b-c3e9-433b-9f57-2d9033b57fb7 |
| **ProfileName:** | CPSQL |
| **Style:** | Equitable Title Agency, Inc. adv. Lehman Brothers |
| **Version:** | 8.50.507.550 |

As of today we have produced:

(1) a list of Brad Johnson's trial and deposition testimony experience in the past four years;

(2) the only article Brad Johnson has published in the past ten years;

(3) an affidavit and errata sheet from Ted Dixon setting forth that he has not testified at trial or by deposition in the past five years and his compensation for serving as an expert in this matter;

(4) all documents from Brad Johnson's file that he could have possibly considered in creating his 2005 appraisal;

(5) all documents from Brad Johnson's file that he could have possibly considered in creating his expert reports for this litigation;

(6) all documents from Ted Dixon's file that he could have possibly considered in creating his expert reports for this litigation; and

(7) an invoice setting forth Brad Johnson's compensation for his rebuttal expert report to Lee Pallardy's expert report and appraisal.

The documents referenced in Nos. 4, 5, and 6 will be available to all parties by tomorrow via Bruce Conchelos.

Our offer to re-produce our experts in Orlando and to pay our experts' fees for their redeposition on any of the above subjects remains open. Please let us know if you wish to reconsider our offer after reviewing any of these materials, or if there is any other concession you can think of that we could offer you to come to an agreement so we can avoid the potential motion to strike you referenced in your previous emails.

We cannot think of how you could be prejudiced by accepting our offer at this point, since you now have all pertinent information concerning our experts.

Please let me know if you have any questions.

9/18/2007

Thanks,
Justin

Justin E. Hekkanen
Akerman Senterfitt & Eidson, P.A.
50 North Laura Street
Suite 2500
Jacksonville, FL 32202-3646
(904) 598-8639 (Direct)
(904) 598-3946 (Fax)

---

**From:** Jessica Hew [mailto:jhew@grahambuilder.com]
**Sent:** Friday, September 14, 2007 9:41 AM
**To:** Hekkanen, Justin; Howard S. Marks; bconchelos@d-l-s.net
**Cc:** Eric Lanigan; Jeff Deery; Michael Caborn; bblackwell@kbdzlaw.com; sclay@claylawgroup.com; Liz Chaves; Heller, William; Hedges, Blair
**Subject:** RE: 006531-00010 Equitable Title Agency, Inc. adv. Lehman Brothers: Lehman- expert supplemental production

September 14, 2007

Please note and recall that we do not use Summation. We need all of our documentation in searchable pdfs. Bruce C. at Digital Legal knows the way we need our CDs.

Thanks,


Jessica K. Hew

Graham, Builder, Jones, Pratt & Marks, LLP

Post Office Drawer 1690

369 North New York Avenue, Third Floor

Winter Park, Florida 32790

Telephone:   407-647-4455

Facsimile:   407-740-7063

jhew@grahambuilder.com


**IRS Circular 230 disclosure**: To ensure compliance with requirements imposed by the Internal Revenue Service, the sender of this email informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or

9/18/2007

recommending to another party any matters addressed herein.

**CONFIDENTIALITY NOTICE:** THIS IS AN EMAIL FROM A LAW FIRM, GRAHAM, BUILDER, JONES, PRATT & MARKS, LLP (**"GBJPM"**). THE INFORMATION CONTAINED IN THIS EMAIL AND ATTACHMENTS, IF ANY (COLLECTIVELY, **"COMMUNICATION"**), IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE INTENDED RECIPIENT. THE CONTENTS OF THIS COMMUNICATION MAY BE AN ATTORNEY-CLIENT COMMUNICATION, IN WHICH CASE IT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS COMMUNICATION OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. PLEASE DO NOT READ, DISSEMINATE, DISTRIBUTE OR COPY ANY PORTION OF THE CONTENTS OF THIS COMMUNICATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE OR EMAIL, AND PERMANENTLY AND COMPLETELY DELETE THE ORIGINAL COMMUNICATION. IF YOU ARE NOT AN EXISTING CLIENT OF GBJPM, YOUR RECEIPT OF THIS COMMUNICATION DOES NOT MAKE YOU A CLIENT OF GBJPM UNLESS IT CONTAINS A SPECIFIC STATEMENT TO THAT EFFECT. UNLESS YOU ARE AN EXISTING CLIENT OF GBJPM, DO NOT DISCLOSE ANYTHING TO GBJPM OR ITS ATTORNEYS OR STAFF THAT YOU EXPECT TO BE KEPT CONFIDENTIAL. IF YOU PROPERLY RECEIVED THIS COMMUNICATION AS THE INTENDED RECIPIENT AND YOU ARE AN EXISTING CLIENT, CO-COUNSEL OR RETAINED EXPERT OF GBJPM, PLEASE KEEP THE CONTENTS OF THIS COMMUNICATION CONFIDENTIAL IN ORDER TO PRESERVE THE ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE THAT MAY APPLY TO THIS COMMUNICATION. THANK YOU

Nothing herein shall be construed as an execution or adoption with intent to sign, in accordance with the Electronic Signatures in Global and National Commerce Act, the Uniform Electronic Transactions Act, or any other treaty, constitutional provision, legislation, or rule allowing electronic execution or authorization of contracts or other transactions, unless this message is printed on paper and executed with a long-hand, handwritten signature in ink.

---

**From:** Hekkanen, Justin [mailto:justin.hekkanen@akerman.com]
**Sent:** Thursday, September 13, 2007 8:06 PM
**To:** Jessica Hew; Howard S. Marks
**Cc:** Eric Lanigan; Jeff Deery; Michael Caborn; bblackwell@kbdzlaw.com; sclay@claylawgroup.com; Liz Chaves; Heller, William; Hedges, Blair
**Subject:** 006531-00010 Equitable Title Agency, Inc. adv. Lehman Brothers: Lehman- expert supplemental production


Jessica,


We have sent to you today via U.S. mail a CD containing pdfs of a supplemental production concerning Brad Johnson's expert report. A summation ready CD will be sent to Bruce Conchelos tomorrow to make these documents available to all parties.

The production contains documents from Mr. Johnson's file for his 2005 appraisal of Sunset Bay. Although we believe that Mr. Johnson attached and discussed all the documents he considered in creating his 2005 appraisal to the appraisal itself, we have produced these documents from his file in an abundance of caution.

We are also planning on sending out a smaller supplemental production tomorrow containing documents from Mr.

9/18/2007

Johnson's file for his 2007 reports. Again, we believe that Mr. Johnson attached and discussed all the documents he considered in creating his 2007 reports to the reports themselves, but we are also producing these documents in an abundance of caution.

I also wanted to remind you of our offer to allow you to re-depose Mr. Johnson at our expense in Orlando if you believe it is necessary after reviewing these documents. Please let us know if there are any other conditions that would be of interest to you in this regard.

Please let me know if you have any questions.

Thanks,
Justin


Justin E. Hekkanen

Akerman Senterfitt & Eidson, P.A.

50 North Laura Street

Suite 2500

Jacksonville, FL 32202-3646

(904) 598-8639 (Direct)

(904) 598-3946 (Fax)



www.akerman.com | Bio | V Card

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

9/18/2007